UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUSTIN CREDICO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:25-cv-02061-RLY-TAB ) |
| HAMILTON COUNTY,<br>TOWN OF WHITESTOWN, and<br>UNKNOWN WHITESTOWN POLICE<br>OFFICER, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER DISMISSING CASE

On October 27, 2025, the court screened Plaintiff's Complaint and found he failed to plausibly allege claims against Defendants. The court granted him leave to file an Amended Complaint but warned him that if he failed to file an Amended Complaint by November 17, 2025, his case would be dismissed without further warning. As of today's date, he has not filed an Amended Complaint. Accordingly, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**. Having so found, Plaintiff's Motion to Consolidate Cases (Filing No. 9) is **DENIED AS MOOT**.

Because Plaintiff does not have a mailing address, he may receive a copy of this Order from the Clerk's Office in Indianapolis.

**IT IS SO ORDERED** this 2nd day of December 2025.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

Copy to: Justin Credico
(Copy available upon request)